UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. HERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE LOS ANGELES SUPERIOR COURT et al.,<br>　　　　Defendants. | Case No. 2:21-cv-09291-AB-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, the records on file herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. The Court has engaged in a *de novo* review of the portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

1       IT IS THEREFORE ORDERED that Plaintiff's Second Amended Complaint and the action are dismissed with prejudice.

DATED: June 07, 2022

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE