JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. HERMAN,<br>　　　　　Plaintiff,<br>　　v.<br>THE LOS ANGELES SUPERIOR COURT et al.,<br>　　　　　Defendants. | Case No. 2:21-cv-09291-AB-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed with prejudice.

DATED: June 07, 2022

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE